THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Eddie ONeil Haney, Appellant.
 
 
 

Appeal From Union County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 05-UP-625
Submitted December 1, 2005  Filed December 9, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor Thomas E. Pope, of York, for Respondent.  
 
 
 

PER CURIAM:  Eddie ONeil Haney appeals his guilty plea and sentence for each of two counts of assault and battery with intent to kill and one count of first-degree burglary, all to run concurrently.  Haney argues the trial judge failed to adequately advise him of his constitutional rights so that he could waive those rights knowingly and intelligently.  Counsel for Haney attached to the final brief a petition to be relieved as counsel.  Haney did not file a separate pro se response.  
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Haneys appeal and grant counsels petition to be relieved.[1]  
APPEAL DISMISSED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.